bar

HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG WALKER, an individual,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, a Washington corporation, et. al.,<br>　　　　　　　　　　　　Defendants. | Case No. 2:14-cv-01299-RSL<br><br>ORDER GRANTING STIPULATED DISMISSAL |

THIS MATTER having come before the Court on the stipulation by plaintiff Doug Walker, defendant Quality Loan Service Corp. of Washington, defendant Credit Suisse Financial Corporation, and defendant Select Portfolio Servicing, Inc., to dismissal of Mr. Walker's remaining FDCPA claim against defendants with prejudice and without an award of fees or costs, it is hereby

ORDERED, ADJUDGED and DECREED that Mr. Walker's FDCPA claim against the above named defendants is dismissed with prejudice and without an award of fees or costs.

DATED this 11th day of May, 2017.

_____
JUDGE ROBERT S. LASNIK

PRESENTED BY

_____
Richard Llewelyn Jones, WSBA #12904
Attorney for Doug Walker

_____
Joseph Ward McIntosh, WSBA #39470
Attorney for Credit Suisse Financial Corporation and Select Portfolio Servicing, Inc.

Order of Dismissal
Page -1-
MH #WA09-47603

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

1
2  _____          _____
3  Robert W. McDonald, WSBA #43842
   Attorney for Quality Loan Service Corp. of Washington
4  Joseph Ward McIntosh WSBA 39470
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
Page -2-
MH #WA09-47603

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104