HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG WALKER, an individual,<br>Plaintiff,<br>vs.<br>QUALITY LOAN SERVICE CORP. OF WASHINGTON, a Washington corporation, et. al.,<br>Defendants. | Case No. 2:14-cv-01299-RSL<br><br>ORDER GRANTING STIPULATED DISMISSAL |

THIS MATTER having come before the Court on the stipulation by plaintiff Doug Walker and defendant Mortgage Electronic Registration Systems, Inc. ("MERS") to dismissal of Mr. Walker's remaining FDCPA claim with prejudice and without an award of fees or costs, it is hereby

ORDERED, ADJUDGED and DECREED that Mr. Walker's remaining FDCPA claim against MERS is dismissed with prejudice and without an award of fees or costs.

DATED this 20th day of June, 2017.

_/s/ Robert S. Lasnik_
JUDGE ROBERT S. LASNIK

PRESENTED BY

_/s/ Richard Llewelyn Jones_
Richard Llewelyn Jones, WSBA #12904
Attorney for Doug Walker

_/s/ Joseph Ward McIntosh_
Joseph Ward McIntosh, WSBA #39470
Attorney for Mortgage Electronic Registration Systems, Inc.

Order of Dismissal
Page -1-
MH #WA09-47603

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104